Case 1:21-cv-05202-LDH-RLM   Document 11   Filed 11/18/21   Page 1 of 2 PageID #: 48

Clerk's Office
File Date:
11/18/2021
U.S. DISTRICT
COURT-EDNY
BROOKLYN
OFFICE

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

JASON CAMACHO, for himself and on behalf of all other persons similarly situated,

Plaintiff,

–against–

HELICLINE FINE ART, INC.,

Defendant.

21 CV 05202 (LDH)(RLM)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 4l(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees, except as otherwise agreed by the parties herein.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

Dated: New York, New York
        November 15, 2021

1

|  |  |
|---|---|
|  | SEYFARTH SHAW LLP |
|  | By: _[signature]_____ |
|  | John W. Egan |
|  | Seyfarth Shaw LLP |
|  | 620 Eighth Avenue |
|  | New York, New York 10018-1405 |
|  | Phone: (212) 218-5291 |
|  | jegan@seyfarth.com |
| Dated: New York, New York | **ATTORNEYS FOR DEFENDANT** |
| November 15, 2021 |  |
|  | **So ordered.** |
| Dated: Brooklyn, New York | _s/ LDH_____ |
| **November 17, 2021** | LaShann Moutique DeArcy Hall, |
|  | United States District Judge |